IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JAMES EARL JOHNSON,                                        No. 2:18-cv-00048-SU

                    Petitioner,                           ORDER

        v.

T. BOWSER,

                    Respondent.


HERNÁNDEZ, District Judge:

        Magistrate Judge Sullivan issued a Findings and Recommendation [54] on April 16,

2020, in which she recommends that the Court deny the Amended Petition for Writ of Habeas

Corpus [33]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal

Rule of Civil Procedure 72(b).


1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings and Recommendation [54]. Accordingly, the Amended Petition for Writ of Habeas Corpus [33] is DENIED and this this case is dismissed with prejudice. The Court declines to issue a Certificate of Appealability on the basis that Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.


DATED: _____ June 18, 2020 _____.



_____
MARCO A. HERNÁNDEZ
United States District Judge